**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAXIMO FELIX NUNEZ** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-1106** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **JESSICA SAGE, WARDEN,** | : | |
| **FCI LEWISBURG** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS _16th_ DAY OF JUNE 2026**, upon consideration of Petitioner

Maximo Felix Nunez's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc.

1), Respondent's response, (Doc. 6), Petitioner's traverse (Doc. 7), and for the reasons set

forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's habeas petition is **DENIED**.

2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge